# Order

Michigan Supreme Court
Lansing, Michigan

July 28, 2020

160420(97)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TOWN CENTERS DEVELOPMENT CO., INC.,
      Plaintiff/Counterdefendant-
      Appellant,

v

PND INVESTMENTS, LLC, WOLVERINE
BUILDING COMPANY, LLC, MIDTOWN
VILLAGE LOFTS, LLC, and HORIZON BANK,
Successor by Merger with WOLVERINE BANK,
      Defendants-Appellees,

and

MBANK,
      Defendant/Counterplaintiff/Third-
      Party Plaintiff-Appellee,

and

VINCENT DELORENZO and ANGELA
TINERVIA,
      Third-Party Defendants.

SC: 160420
COA: 343247
Macomb CC: 2017-003542-CB

_____/

On order of the Court, the motion for reconsideration of this Court's March 27, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020



Clerk

a0720